245 So.2d 411

Jack A. HAYES and Milton H. Knox

v.

Fritz J. MULLER.

No. 51266.

March 24, 1971.

In re: Fritz J. Muller applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Acadia. 243 So.2d 830.

Writ refused. The case having been remanded, the judgment is not final.